# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| MAVERICK USA, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDEPENDENT CONTRACTORS )<br>OF MAVERICK TRANSPORTATION, LLC )<br>d/b/a Maverick Transportation LLC Ind Cont )<br>)<br>)<br>)<br>)<br>Defendant. ) | No. 4:24-cv-00115 |

## JUDGMENT

The Court has considered the Plaintiff's Complaint, Defendant's Answer and Affirmative Defenses and the motion for entry of judgment against the Defendant under Federal Rule of Civil Procedure 58. The Court finds as follows:

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction in this action under 28 U.S.C. § 1331 and 28 U.S.C. § 1338(a) because it arises under the Lanham Act, 15 U.S.C. § 1052 *et seq.*

2. This Court has jurisdiction over this action under the Federal Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202 since this action seeks a declaratory judgment for claims involving trademarks and because an actual case or controversy exists between Maverick and Defendant as a result of Defendant's demands and allegations.

3. Venue is proper in this District under 28 U.S.C. § 1391(b).

## THE PARTIES

4. Maverick is an Arkansas corporation with a principal place of business at 13301 Valentine Road, North Little Rock, Arkansas 72117.

5. Maverick is a leader in the transportation industry. Maverick provides customized logistics solutions.

6. Maverick is well known to the purchasers of customized logistics solutions, including transportation of freight by truck; transportation management services; and dedicated carriage.

7. Defendant is a Missouri limited liability company with a principal place of business at 12531 Old Tesson Rd., Saint Louis, MO 63128.

8. Defendant was organized on February 2, 2024.

9. Defendant's Articles of Organization was attached to the Complaint as Exhibit 1 and is attached hereto as Exhibit 1.

10. Defendant has done business as "Maverick Transportation LLC Ind Cont" since February 2, 2024.

11. Defendant's registered agent and attorney is Daniel P. Finney.

12. Dorian West is a member of Defendant.

## THE ALLEGATIONS

13. Maverick brought this lawsuit to seek damages for willful infringement of Maverick's trademarks including Registration Numbers 4787349, 2349223, 4726918 (the "MAVERICK Marks").

14. Additionally, Maverick brought this lawsuit to seek a declaratory judgment that Maverick does not infringe Defendant's trademarks, if any.

15. Maverick has continuously and extensively used MAVERICK TRANSPORTATION in U.S. commerce since at least as early as 1980.

16. Maverick has developed substantial goodwill in its MAVERICK TRANSPORTATION trademark and its family of MAVERICK Marks through its continuous and extensive use of the MAVERICK Marks in United States commerce.

17. As a result of Maverick's continuous and extensive use of the MAVERICK Marks, including the MAVERICK TRANSPORTATION Mark for over 40 years and other marks containing MAVERICK for over 20 years, the trademark has come to denote Plaintiff's services.

18. Defendant's legal name and assumed name use Maverick's MAVERICK Marks, including the entirety of Maverick's MAVERICK TRANSPORTATION Mark.

19. Defendant did not choose its name in a vacuum.

20. Defendant was aware of Maverick's prior rights in the MAVERICK Marks at least by nature of being involved in the following cases:

   a. *West v. Maverick Leasing, LLC*, Case No. 2023LA000710 (Madison County, Illinois, filed May 16, 2023);

   b. *West v. Maverick Transportation, LLC*, Case No. 23SL-CC-02552 (St. Louis County, Missouri filed June 20, 2023);

   c. *Maverick Leasing, LLC v. West*, Case No. 4:23-cv-836-DPM (E.D. Ark. filed Sept. 7, 2023);

   d. *West v. Maverick Leasing, LLC*, Case No. 23SL-AC28927, (St. Louis County, Missouri filed Oct. 14, 2023).

21. Defendant sent a demand letter to Maverick's counsel demanding Maverick cease and desist conducting business under Defendant's name.

22. In the letter, Defendant alleges it is doing business as Maverick Transportation LLC Ind Cont.

3

23. MAVERICK TRANSPORTATION does not act as a source identifier for Defendant.

24. Maverick has elected to recover, instead of actual damages and profits under 15 U.S.C. § 1117(a), an award of statutory damages under 15 U.S.C. § 1117(c). The Court finds that Maverick is entitled to statutory damages under 15 U.S.C. § 1117(c). Maverick is awarded statutory damages of Two Million dollars ($2,000,000.00) and Defendant enjoined from further use of the MAVERICK Marks.

IT IS HEREBY ORDERED that Defendant, its members, managers, parents, subsidiaries, officers, directors, employees, licensees and franchisees, and any of the foregoing's agents or attorneys, together with all persons acting in participation or concert with Defendant is permanently enjoined:

(1) from using the name and mark MAVERICK TRANSPORTATION or any other name or mark confusingly similar to the MAVERICK TRANSPORTATION Mark, or any copy or colorable imitation of any of MAVERICK TRANSPORTATION Mark, in connection with the sale, advertising or promotion of any goods or services;

(2) from using the name and mark MAVERICK TRANSPORTATION or any other trademark or trade name confusingly similar to the MAVERICK TRANSPORTATION Mark in any manner likely to injure Plaintiff's business reputation, or to dilute the distinctive quality of the MAVERICK TRANSPORTATION Mark;

(3) from using in commerce the name and mark MAVERICK TRANSPORTATION or any other word, term, name, symbol, or device, or any combination thereof, or any false designation of origin, false or misleading description of fact, or false or misleading representation of fact which is likely to cause confusion or to cause mistake or to deceive as to the affiliation,

connection, or association of Defendant with Plaintiff, or as to the origin, sponsorship, or approval of Defendant's goods, services or commercial activities by Plaintiff;

IT IS FURTHER ORDERED that the Defendant be ordered to deliver up for destruction any and all labels, signs, prints, packages, and advertising in the Defendant's possession bearing the mark MAVERICK TRANSPORTATION.

IT IS FURTHER ORDERED that Plaintiff has the right to the continued use of MAVERICK TRANSPORTATION.

IT IS FURTHER ORDERED that Plaintiff is awarded statutory damages of $2,000,000. Judgment is HEREBY ENTERED for Plaintiff against Defendant in the amount of TWO MILLION AND ZERO/100 DOLLARS ($2,000,000.00), to bear post-judgment interest at the rate provided by law.

This case is DISMISSED WITH PREJUDICE, with each side to bear its own fees and costs. Plaintiff's motion to enforce settlement agreement (ECF No. 19) is GRANTED. The Clerk is directed to close the case.

IT IS SO ORDERED.

Dated: May 23, 2024

_____
Judge James M. Moody Jr.
United States District Judge

# EXHIBIT 1



| | |
|---|---|
| **State of Missouri**<br>John R. Ashcroft, Secretary of State<br>Corporations Division<br>PO Box 778 / 600 W. Main St., Rm. 322<br>Jefferson City, MO 65102 | LC014524015<br>Date Filed: 2/2/2024<br>John R. Ashcroft<br>Missouri Secretary of State |

## Articles of Organization
*(Submit with filing fee of $105.00)*

1. The name of the limited liability company is
   INDEPENDENT CONTRACTORS OF MAVERICK TRANSPORTATION, LLC
   *(Must include "Limited Liability Company," "Limited Company," "LC," "LC," "L.L.C.," or "LLC")*

2. The purpose(s) for which the limited liability company is organized:

   general business for profit

3. The name and address of the limited liability company's registered agent in Missouri is:
   Daniel Finney        1310 Papin St Apt 400 Suite 510              Saint Louis, MO 63103-3132
   *Name*               *Street Address: May not use PO Box unless street address also provided*   *City/State/Zip*

4. The management of the limited liability company is vested in:    ☐ managers    ☒ members    *(check one)*

5. The events, if any, on which the limited liability company is to dissolve or the number of years the limited liability company is to continue, which may be any number or perpetual: Perpetual------------------------------------------------
   *(The answer to this question could cause possible tax consequences, you may wish to consult with your attorney or accountant)*

6. The name(s) and street address(es) of each organizer *(PO box may only be used in addition to a physical street address)*:
   *(Organizer(s) are not required to be member(s), manager(s) or owner(s))*

   | *Name* | *Address* | *City/State/Zip* |
   |---|---|---|
   | Finney, Daniel | 1310 Papin St Suite 510 | Saint Louis MO 63103-3131 |
   | | | |
   | | | |
   | | | |

7. ☐ Series LLC (OPTIONAL) Pursuant to Section 347.186, the limited liability company may establish a designated series in its operating agreement. The names of the series must include the full name of the limited liability company and are the following:

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

   New Series:
   ☐ The limited liability company gives notice that the series has limited liability.

   (Each separate series must also file an Attachment Form LLC IA.)

---

Name and address to return filed document:

Name:      Daniel Finney

Address:   Email: dan@danfinney.law

City, State, and Zip Code: _____

LLC-1 (10/2020)

8. Principal Office Address (OPTIONAL) of the limited liability company (PO Box may only be used in addition to a physical street address):

| 12531 Old Tesson Rd | Saint Louis, MO 63128-2779 |
|---|---|
| *Address (PO Box may Q!!Jx_ be used in conjunction with a physical street address)* | *City/State/Zip* |

9. The effective date of this document is the date it is filed by the Secretary of State of Missouri unless a future date is otherwise indicated:-----------------------------------------------------------------------------------------------------------------
*(Date may not be more than 90 days after the filing date in this office)*

In Affirmation thereof, the facts stated above are true and correct:
(The undersigned understands that false statements made in this filing are subject to the penalties provided under Section 575.040, RSMo)
**All organizers must sign:**

| Daniel Finney | DANIEL FINNEY | 02/02/2024 |
|---|---|---|
| *Organizer Signature* | *Printed Name* | *Date of Signature* |

LLC-1 (08/2013)

# STATE OF MISSOURI



## John R. Ashcroft
### Secretary of State

CERTIFICATE OF ORGANIZATION

WHEREAS,

**INDEPENDENT CONTRACTORS OF MAVERICK TRANSPORTATION, LLC**
**LC014524015**

filed its Articles of Organization with this office on the 2nd day of February, 2024, and that filing was found to conform to the Missouri Limited Liability Company Act.

**NOW,** THEREFORE, I, John R. Ashcroft, Secretary of State of the State of Missouri, do by virtue of the authority vested in me by law, do certify and declare that on the 2nd day of February, 2024, the above entity is a Limited Liability Company, organized in this state and entitled to any rights granted to Limited Liability Companies.

IN TESTIMONY WHEREOF, I hereunto set my hand and cause to be affixed the GREAT SEAL of the State of Missouri. Done at the City of Jefferson, this 2nd day of February, 2024.

*Secretary of State*